1   **PINNOCK & WAKEFIELD,** A Law Firm
    Theodore A. Pinnock, Esq.        Bar #: 153434
2   David C. Wakefield, Esq.          Bar #: 185736
    Michelle L. Wakefield, Esq.       Bar #: 200424
3   3033 Fifth Avenue, Suite 410
    San Diego, California 92103
4   Telephone: (619) 858-3671
    Facsimile: (619) 858-3646
5
    Attorneys for Plaintiffs
6

FILED

07 JAN -9 PM 12: 57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

7

8             UNITED STATES DISTRICT COURT

9       SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

10

11   ASSOCIATION OF WOMEN WITH     )    CASE NO. 06-CV-2241 JM (RBB)
    DISABILITIES ADVOCATING ACCESS, SUING )
12   ON BEHALF OF DELORES JACKSON AND ITS )    [~~PROPOSED~~] **ORDER ON NOTICE**
    MEMBERS; and DELORES JACKSON, an    )    **OF DISMISSAL OF ALL**
13   individual,                        )    **DEFENDANTS WITH PREJUDICE**
                                       )    **AND PLAINTIFFS COMPLAINT IN**
14             Plaintiffs,           )    **ITS ENTIRETY**
                                       )
15   vs.                                    )
                                       )    [Fed.R.Civ.P. Rule 41(a)(2)]
16   CALLAHILLS, INC. d.b.a. RED SAILS INN    )
    RESTAURANT; CALLAHILLS, INC.; and DOES )
17   1 through 10, inclusive,            )
                                       )
18                                        )
            Defendants.          )
19   _____ )

20

21        **IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from

22   Plaintiffs' Complaint, Case Number 06cv2241 JM (RBB) and Plaintiffs' Complaint in its entirety.

23

24   **IT IS SO ORDERED.**

25

26   Dated: _____, 2007              _____

27                            HONORABLE JEFFREY T. MILLER
                                U.S. DISTRICT COURT JUDGE

28

                               -1-